MOW 1009-1.3 (06/11)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                                    )
MELISSA D. DOWD                                           )    Case No. 13-40130
                    Debtor(s)                             )

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
## AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s).

1. Creditor (name and address): First America Credit, PO Box 025724, Miami, FL 33102

2. Claim (amount owed, nature of claim, date incurred): $300.00, payday loan, 2012

3. This claim has been scheduled as *[check box]*:  [ ] priority; [ ] secured;  [ x] general unsecured.

4. Trustee, (name, address, and phone) if one has been appointed: Richard Fink, 818 Grand Blvd, Suite 800, Kansas City, MO 64106

5. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727 is July 31, 2012:
    If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

6. Deadline for filing proofs of claim:
    This is a Chapter 13 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim.


Date:  __01/30/2013_____          ____/s/ Jennifer Dodson_____
                                        Jennifer Dodson 60758
                                        Law Office of Jennifer Dodson
                                        435 Nichols Road, Suite 200
                                        Kansas City, MO 64112
                                        Phone: 816-977-2763

Certificate of Service:  I, Jennifer Dodson, certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on January 30, 2013.

                                        ____/s/ Jennifer Dodson_____.
                                        Jennifer Dodson 60758